AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>AUDIAS LOPEZ RAMIREZ<br><br>*Defendant(s)* | Case No.<br>6:25-mj- 1108 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 1, 2025__ in the county of __Osceola__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Illegal Reentry |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

SA Albert T. Franklin, II, HSI
*Printed name and title*

Sworn to before me over Video Conference or reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/5/25 10:01 am

*Judge's signature*

City and state: Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

COUNTY OF ORANGE

Case No. 6:25-mj- 1108

## AFFIDAVIT IN SUPPORT OF THE
## ISSUANCE OF A CRIMINAL COMPLAINT

I, Special Agent Albert T. Franklin, II, of Homeland Security Investigations, having been duly sworn, state:

1. I am a Special Agent ("SA") with the Department of Homeland Security, Homeland Security Investigations ("HSI"). I am currently assigned to the HSI Orlando, Florida office. My present duties include, in part, conducting criminal investigations into violations of federal laws pertaining to financial investigations and narcotics importation investigations. I have been an SA with HSI since 2001. I have received extensive training at the Federal Law Enforcement Training Center and elsewhere in airport operations, border search authority, narcotics smuggling techniques, and controlled deliveries. I have participated in investigations of violations of various federal criminal laws, including unlawful possession with intent to distribute controlled substances, importation of controlled substances, conspiracy to import, possess, and distribute controlled substances, money laundering, alien smuggling, and unlawful alien criminal activity, all in violation of Title 8, Title 18 and Title 21 of the United States Code. Prior to my employment with HSI, I was a criminal investigator for the State of Florida for the Office of the Public Defender.

1

2.      The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326, illegal reentry by a previously deported alien.

3.      On February 1, 2025, **Audias LOPEZ-RAMIREZ** was encountered by the St. Cloud Police Department on a traffic stop. **LOPEZ-RAMIREZ** was arrested for Operating a Motor Vehicle Without a Valid License. During the arrest and booking process, officers gathered personal identifying information (name, date of birth, place of birth, etc.) from **LOPEZ-RAMIREZ**. Officers subsequently shared this information with Immigration and Customs Enforcement (ICE).

4.      US Customs and Border Protection (CBP) record checks on **LOPEZ-RAMIREZ**'s biographical information confirmed that he is a citizen and national of Guatemala with no lawful immigration status in the United States. He also has an alien file, under his unique alien number, containing all his immigration history. Photographs in that file match the booking photograph of **LOPEZ RAMIREZ** from his St. Cloud Police Department arrest. Fingerprints in the alien file also have been

matched to **LOPEZ RAMIREZ**'s booking fingerprints from the Osceola County Jail arrest file.

5.   Documents in the alien file also show that **LOPEZ-RAMIREZ** was previously ordered deported/removed from the United States to Guatemala by an Immigration Judge on March 22, 2011. **LOPEZ-RAMIREZ** was then physically deported/removed from the United States to Guatemala on April 7, 2011, through New Orleans, Louisiana. As explained, **LOPEZ-RAMIREZ** was later apprehended again on February 1, 2025, in the United States in St. Cloud, Florida.

6.   **LOPEZ-RAMIREZ** has never applied to the Attorney General of the United States, and/or the United States Secretary of the Department of Homeland Security, for permission to re-enter the United States after being removed/deported from the United States.

3

7. Based on the foregoing, I believe that there is probable cause that on or about February 1, 2025, **LOPEZ-RAMIREZ** was found to be in the United States voluntarily after having been previously removed or deported, in violation of 8 U.S.C. § 1326.

*[signature]*

Albert T. Franklin, II
Special Agent
Homeland Security Investigations (HSI)

Affidavit submitted by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this ___5th___ day of ~~January~~ February 2025.

*[signature]*

LESLIE HOFFMAN PRICE
United States Magistrate Judge